IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN STEVENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NICK BAKER and CATHOLIC ) <br> CHARITIES, ) <br> ) <br> Defendants. ) <br> _____ | No. C 12-2519 SBA (pr) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On July 18, 2012, the Court issued an Order dismissing Plaintiff's complaint with leave to amend. The Court granted Plaintiff twenty-eight days from the filing date of that Order to file an amended complaint. (Dkt. 5). In the Order, Plaintiff was warned that the failure to file an amended complaint would result in the dismissal of his case without prejudice.

On July 31, 2012, the July 18 Order served on Plaintiff was returned as undeliverable because Plaintiff is no longer in custody. (Dkt. 7, 8, 9). On September 28, 2012, Plaintiff filed a notice of change of address. (Dkt. 10). On October 3, 2012, the Court served a copy of the July 18 Order on Plaintiff at his new address. (Dkt. 11). More than twenty-eight days have passed since the Order was sent to Plaintiff's new address, and, to date, Plaintiff has not filed an amended complaint or communicated with the Court. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED WITHOUT PREJUDICE. When and if Plaintiff is prepared to pursue his claims, he may file a new

civil rights action.

The Clerk shall close this case. All pending motions are terminated.

IT IS SO ORDERED.

DATED: _2/5/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEAN STEVENS,

        Plaintiff,

v.

NICK BAKER et al,

        Defendant.
_____ /

Case Number: CV12-02519 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean M. Stevens 10061857
303 Anteeo Way
Santa Rosa, CA 95407

Dated: February 6, 2013

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.12\Stevens 12-2519 Dis Failure File Am Comp.frm